## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **SANDRA VINCENT** | ) | |
| **ORDERICK VINCENT** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:  2:22-cv-00037** |
| | ) | |
| **JEFFREY SCOTT GARCIA;** | ) | |
| **GO-TO TRANSPORT INC.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## <u>NOTICE OF REMOVAL</u>

COME NOW, the Defendants, JEFFREY SCOTT GARCIA, ("Garcia") and

GO-TO TRANSPORT INC., and file this Notice of Removal pursuant to 28 U.S.C.

§§ 1332(a), 1446(a), and 1447(b).

1.    This Notice of Removal is based on diversity jurisdiction.   See, 28

U.S.C § 1332(a).

2.    The state court lawsuit being removed is pending in the Circuit Court

of Dallas County, Alabama, Civil Action Number CV-2022-900170 and is styled

*Sandra Vincent and Orderick Vincent v. Jeffrey Scott Garcia, Go-To Transport Inc.*

(hereafter "state court action").

1

3.     The state court lawsuit was commenced on September 8, 2022 and generally alleges that the Plaintiffs are entitled to damages as a result of alleged personal injuries resulting from a motor vehicle accident.

4.     As required by 28 U.S.C §§ 1446(a), 1447(b), and 1449, a copy of each document contained in the state court action is attached to this Notice of Removal as Exhibit "A."

5.     A jury demand was made in the state court lawsuit.

6.     Defendant, Go-To Transport, was served on September 16, 2022 by certified mail. Defendant, Garcia, has not yet been served. Accordingly, this Notice of Removal is filed within the thirty-day time frame specified in 28 U.S.C § 1446(b).

7.     There are two Defendants in the state court lawsuit. Fictitious Defendants are disregarded as a matter of law. 28 U.S.C § 1441 (b)(1).

8.     The state court Plaintiffs, Sandra Vincent and Orderick Vincent, are citizens of the State of Alabama. See, state court Complaint, ¶ 1. (See, 28 USC § 1332(c)(1);

9.     Both at the time the state court action was filed and at the time of this removal petition, the Defendant, Garcia, is a citizen of the State of Michigan. (See, Exhibit "B," accident report). Both at the time the state court action was filed and at the time of this removal petition, the Defendant, Go-To Transport, Inc., is formed as

a corporation under the law of the State of Michigan. Its headquarters and principal place of business is located at 1320 Washington Ave., Bay City, Michigan. (See, Exhibit "B" and Exhibit "C," Certificate of Incorporation and 2022 Annual Report, Michigan Secretary of State's Office).

10.    Complete diversity of citizenship exists because the Plaintiffs are citizens of Alabama, and the Defendants are citizens of the State of Michigan.

11.    The amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. The state court Complaint contains a specific *ad damnum* clause. The state court Complaint demands $5,000,000.00 in compensatory damages plus an additional $5,000,000.00 in punitive damages. Under Alabama law it is well settled that a litigant seeking general damages for personal injuries, such as compensation for physical and emotional pain and suffering, may recover an amount in excess of any amount contained in the *ad damnum* clause of the Complaint. *Breland v. Ford*, 693 So. 2d 393, 397 (Ala. 1996); *Fuller v. Preferred Risk Life Ins. Co.*, 577 So.2d 878 (Ala.1991); see also Ala.R.Civ.P. 54(c). Alabama plaintiffs are permitted to ignore and exceed any specific sum stated in a complaint.

12.    Plaintiffs' Complaint alleges that on or about September 9, 2020, Defendant GARCIA negligently and/or wantonly and/or willfully and/or intentionally either (1) failed to keep a proper and safe lookout for other vehicles,

3

(2) was unaware that the PLAINTIFFS' vehicle was or would be in his path and failed to slow down or otherwise attempt to avoid a collision with the Plaintiffs' vehicle; (3) saw the vehicle occupied by PLAINTIFFS and had the means and opportunity to avoid an accident, but failed to take proper and timely action to avoid the accident, thereby causing or allowing his vehicle to crash into PLAINTIFFS' vehicle; (4) was speeding and in excess of the speed limit for the area; (5) saw or should have seen the stop light and intersection where the accident happened but ignored the stop light and illegally entered the intersection by running the red light, and/or (6) intentionally drove into the Plaintiffs' vehicle with reckless or intentional disregard and indifference to the Plaintiffs' safety.

13.    The Complaint further alleges GARCIA's actions were authorized, ordered, condoned and/or ratified by the named and fictitious party defendants. Defendant GARCIA was guilty of negligence *per se* in his operation of GO-TO TRANSPORT, INC's truck.

14.    The Complaint further alleges the Plaintiffs suffered disfiguration, permanent injuries, and disability. Plaintiffs suffered emotional, physical, and mental distress. Plaintiffs suffered mental anguish and physical pain. Plaintiffs were forced to seek medical treatment and will incur future medical expenses.   (See, state court action, Complaint, ¶11-12).

15.     The underlying state court Complaint seeks a money judgment well in excess of $75,000.00 in the *ad damnum* clause. *See*, 28 U.S.C. § 1446. Accordingly, the amount in controversy requirement is satisfied.

16.     A true and correct copy of this Notice of Removal will be filed electronically with the Clerk of Court for Dallas County, Alabama and the state court notice will be served electronically on all counsel of record.

WHEREFORE, PREMISES CONSIDERED, the Defendants request that this Honorable Court assume jurisdiction over this cause in accordance with this Notice of Removal and the above cited laws of the United States.

Dated this the 21st day of September, 2022.

Respectfully submitted,

*/s/ Clarence Rivers, IV*
Clarence Rivers, IV (asb-3506-r79c)
E-mail: crivers@ssp-law.com

*/s/ A. Joe Peddy*
A. Joe Peddy (asb-2348-e63a)
E-mail: ajp@ssp-law.com

*/s/ Ethan R. Dettling*
Ethan R. Dettling (asb-9067-t68e)
E-mail: edettling@ssp-law.com

*Attorneys for Defendants, Jeffrey Scott Garcia and Go-To Transport, Inc.*

5

OF COUNSEL:
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
3500 Colonnade Parkway, Suite 350
Birmingham, Alabama 35243
Telephone:   (205) 251-5885
Facsimile:     (205) 251-8642

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022 I have served a copy of the above and foregoing on counsel for all parties by:

_____               Hand delivery;

_____               Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

_____X_____               Electronic Mail

_____X_____               Using the CM/ECF system which will send notification of such to the following:

Frank O. Hanson, Jr.
Smith & Hanson, LLC
222 20th Street North, Suite 800
Birmingham, Alabama 35203
Telephone:   (205) 329-1266
E-mail:   fohatty@bellsouth.net

Mickey G. McDermott
P.O. Box 34
Montgomery, Alabama 36101-0034
Telephone:   (334) 220-8519
E-mail:   mcdermottattorneys@gmail.com

_/s/ Clarence Rivers, IV_
Of Counsel

# EXHIBIT A

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>27<br>Date of Filing:<br>09/08/2022 | Judge Code: |
|---|---|---|---|

ELECTRONICALLY FILED<br>9/8/2022 11:53 PM<br>27-CV-2022-900170.00<br>CIRCUIT COURT OF<br>DALLAS COUNTY, ALABAMA<br>LYNNETHIA R. BENNETT, CLERK

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**SANDRA VINCENT ET AL v. JEFFREY SCOTT GARCIA ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| HAN007 | 9/8/2022 11:53:07 PM | /s/ FRANK OSCAR HANSON JR. |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☑ YES ☐ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

DOCUMENT 2



ELECTRONICALLY FILED
9/8/2022 11:53 PM
27-CV-2022-900170.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
LYNNETHIA R. BENNETT, CLERK

## IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

**SANDRA VINCENT and**
**ORDERICK VINCENT;**

   **Plaintiffs,**

**VS.**          **CASE NO.:** _____

**JEFFREY SCOTT GARCIA;**
**GO-TO TRANSPORT, INC.;**
**FICTITIOUS DEFENDANT(S) "A" – THAT/THOSE PERSON,**
**ENTITY OR CORPORATION WHICH**
**OWNED, OPERATED, LEASED, SERVICED,**
**AND/OR REPAIRED THE 2014 FRHT CASCADIA**
**TRACTOR/TRUCK VEHICLE INVOLVED IN THE 9/9/2020**
**ACCIDENT GIVING RISE TO THIS LITIGATION;**
**FICTITIOUS DEFENDANT(S) "B" – THAT/THOSE PERSON**
**ENTITY OR CORPORATION WHO OR WHICH TRAINED,**
**EMPLOYED, CERTIFIED OR LEASED JEFFREY SCOTT**
**GARCIA OR CONTRACTED HIS SERVICES TO OPERATE**
**THE 2014 FRHT CASCADIA TRACTOR/TRUCK VEHICLE INVOLVED**
**IN THE 9/9/2020 ACCIDENT GIVING RISE TO THIS LITIGATION;**
**FICTITIOUS DEFENDANT(S) "C", THAT/THOSE PERSON, ENTITY OR**
**CORPORATION WHICH OWNED, LEASED, OPERATED, SOLD,**
**SERVICED AND/OR REPAIRED EITHER OR BOTH OF THE**
**TRACTOR/TRUCK OR TRAILER VEHICLES BEING OPERATED BY**
**OR FOR GO-TO TRUCKING ON 9/9/2020;**
**FICTITIOUS DEFENDANT(S) "D", THAT/THOSE INSURANCE COMPANIES**
**AND/OR TRUCKING COMPANY ENTITIES WHO/WHICH PROVIDED SAFETY**
**SUPERVISIONS, INSPECTIONS AND/OR DRIVER LICENSE/DRIVER**
**QUALIFICATION INVESTIGATIONS FOR ALL NAMED**
**AND FICTITIOUS PARTY DEFENDANTS OR WHO CAUSED OR ALLOWED**
**DEFENDANT JEFFREY SCOTT GARCIA TO BE ALLOWED TO OPERATE THE 2014**
**FRHT CASCADIA TRUCK AT A TIME WHEN HE WAS NOT QUALIFIED, LICENSED**
**OR SAFE TO BE ALLOWED TO DRIVE SAID TRUCK;**
**FICTITIOUS DEFENDANT(S) "E", THAT/THOSE PERSONS, ENTITIES OR**
**CORPORATIONS WHO OR WHICH HAD ANY ROLE OR PART IN THE**
**OWNERSHIP, OPERATION, INSPECTION, INSURANCE COVERAGES FOR AND/OR**
**LIABILITY OF/FOR THE TRACTOR TRUCK UNIT OR TRAILOR THAT WERE**
**INVOLVED IN THE ACCIDENT OF 9/9/2020;**

DOCUMENT 2

**FICTITIOUS PARTY DEFENDANT(S) "F", THAT/THOSE PERSONS, ENTITIES OR CORPORATIONS WHO OR WHICH HAD ANY ROLE OR PART IN THE TRAINING, CERTIFICATION, BACK-GROUND CHECKS, LICENSURE, EMPLOYMENT, INSURANCE COVERAGES OR COVERAGE INVESTIGATIONS OF OR CONCERNING JEFFREY SCOTT GARCIA AND CAUSING OR ALLOWING HIM TO DRIVE/OPERATE THE 2014 FRHT CASCADIA TRUCK ON 9/9/2020;**
**FICTITIOUS PARTY DEFENDANT(S) "G", THAT/THOSE ALABAMA RESIDENT PERSONS, ENTITIES OR CORPORATIONS RESPONSIBLE FOR THE PRESENCE, OPERATION OR ROUTE OF JEFFREY SCOTT GARCIA AND/OR HIS FRHT CASCADIA TRUCK IN ALABAMA ON 9/9/2020; ET AL;**

> **Defendants.**

## COMPLAINT

## COUNT I

1.    Plaintiffs SANDRA VINCENT and ORDERICK VINCENT are residents of Selma, Dallas

County, Alabama.

2.    On or about September 9, 2020 upon a public highway 9 (Highland Avenue at the intersection with Alabama 41 North) in Dallas County, Alabama, defendant JEFFREY SCOTT GARCIA was improperly, negligently, willfully, and/or wantonly operating a commercial vehicle/truck that was owned, operated, leased, serviced and/or repaired by the defendant GO-TO TRANSPORT, INC. and/or **FICTITIOUS DEFENDANT(S) "A" – THAT/THOSE PERSON,ENTITY OR CORPORATION WHICH OWNED, OPERATED, LEASED, SERVICED, AND/OR REPAIRED THE 2014 FRHT CASCADIA TRACTOR/TRUCK VEHICLE INVOLVED IN THE 9/9/2020 ACCIDENT GIVING RISE TO THIS LITIGATION; FICTITIOUS DEFENDANT(S) "B" – THAT/THOSE PERSON ENTITY OR CORPORATION WHO OR WHICH TRAINED, EMPLOYED, CERTIFIED OR LEASED JEFFREY SCOTT GARCIA OR CONTRACTED HIS SERVICES TO OPERATE THE 2014 FRHT CASCADIA TRACTOR/TRUCK VEHICLE INVOLVED IN THE 9/9/2020 ACCIDENT GIVING RISE TO THIS LITIGATION; FICTITIOUS DEFENDANT(S) "C", THAT/THOSE PERSON, ENTITY OR CORPORATION WHICH OWNED, LEASED, OPERATED, SOLD, SERVICED AND/OR REPAIRED EITHER OR BOTH OF THE TRACTOR/TRUCK OR TRAILER VEHICLES BEING OPERATED BY OR FOR GO-TO TRUCKING ON 9/9/2020; FICTITIOUS DEFENDANT(S) "D", THAT/THOSE INSURANCE COMPANIES AND/OR TRUCKING COMPANY ENTITIES WHO/WHICH PROVIDED SAFETY SUPERVISIONS, INSPECTIONS AND/OR DRIVER LICENSE/DRIVER QUALIFICATION INVESTIGATIONS FOR ALL NAMED AND FICTITIOUS PARTY DEFENDANTS OR WHO CAUSED OR ALLOWED DEFENDANT JEFFREY SCOTT GARCIA TO BE ALLOWED TO OPERATE THE 2014**

**FRHT CASCADIA TRUCK AT A TIME WHEN HE WAS NOT QUALIFIED, LICENSED OR SAFE TO BE ALLOWED TO DRIVE SAID TRUCK; FICTITIOUS DEFENDANT(S) "E", THAT/THOSE PERSONS, ENTITIES OR CORPORATIONS WHO OR WHICH HAD ANY ROLE OR PART IN THE OWNERSHIP, OPERATION, INSPECTION, INSURANCE COVERAGES FOR AND/OR LIABILITY OF/FOR THE TRACTOR TRUCK UNIT OR TRAILOR THAT WERE INVOLVED IN THE ACCIDENT OF 9/9/2020; FICTITIOUS PARTY DEFENDANT(S) "F",  THAT/THOSE PERSONS, ENTITIES OR CORPORATIONS WHO OR WHICH HAD ANY ROLE OR PART IN THE TRAINING,   CERTIFICATION,   BACK-GROUND   CHECKS,   LICENSURE, EMPLOYMENT, INSURANCE COVERAGES OR COVERAGE INVESTIGATIONS OF OR CONCERNING JEFFREY SCOTT GARCIA AND CAUSING OR ALLOWING HIM TO DRIVE/OPERATE THE 2014 FRHT CASCADIA TRUCK ON 9/9/2020; FICTITIOUS PARTY DEFENDANT(S) "G", THAT/THOSE ALABAMA RESIDENT PERSONS, ENTITIES OR CORPORATIONS RESPONSIBLE FOR THE PRESENCE, OPERATION OR ROUTE OF JEFFREY SCOTT GARCIA AND/OR HIS FRHT CASCADIA TRUCK IN ALABAMA ON 9/9/2020;**

3.   At the said time and place, defendant JEFFREY SCOTT GARCIA was employed by, and/or acting as the apparent or actual agent of, the defendant GO-TO TRANSPORT, Inc. and/or Fictitious Defendants A, B, C, D, E, F, and/r G.

4.   At said time and place, the said named and fictitious party defendants negligently, willfully and/or wantonly caused and/or allowed a 2014 FRHT Cascadia Semi Tractor Truck with attached trailer to illegally exceed the speed limit and to illegally run a red light and crash into an automobile being properly and legally occupied and operated by SANDRA VINCENT and ORDERICK VINCENT.

5.   At all relevant times prior to and on September 9, 2020 the defendants JEFFREY SCOTT GARCIA, GO-TO TRANSPORT, INC. and FICTITIOUS DEFENDANTS A, B, C, D. E, F, and G had a legal, industry and statutory duty to assure and compel that Defendant GARCIA was properly trained, qualified, certified, inspected and regulated to operate semi- trucks, trailers and any other motor vehicles owned, operated or leased by said defendants, and that said vehicles were safe and in legal and operational condition. On and

DOCUMENT 2

prior to September 9, 2020 the named and fictitious party defendants knew or should have known that Defendant GARCIA was not properly  trained, qualified, certified or safe to operate the 2014 FRHT Cascadia semi-truck vehicle and/or that he had failed to obtain proper licenses and certifications and training, or that his license(s), privileges and certifications to operate a semi-truck had been revoked/lost/suspended or should have been revoked/lost/suspended such that it was illegal for him to operate any vehicle on that date. Furthermore, said named and fictitious party defendants negligently, willfully and/or wantonly failed to have, implement or enforce and comply with proper safety, training and driving rules so as to identify unqualified drivers and prevent them from operating trucks.

6. Defendant GARCIA knew or should have known that he was driving too fast and in excess of a clearly known and posted speed limit, knew or should have known that he was approaching a lighted intersection with operational signals, and that the light that controlled his lane of traffic and vehicle would be red requiring him to stop his vehicle, and he had to know or should have known of the presence of other vehicles at the intersection. Nevertheless he either negligently/willfully/wantonly failed to keep a proper lookout or to maintain a legal speed and see/obey the stop light, or willfully and wantonly knew of his excessive speed and the existence of a stop light and other cars and in spite of that sped up, exceeded the speed limit and intentionally ran the red light, or alternatively he was so impaired/distracted that he could not properly and safely operate his truck. The named and fictitious party defendants were aware of, condoned, accepted, permitted and even affirmatively caused or allowed their truck drivers to violate safety laws and regulations, and to operate their trucks while impaired/distracted and thereby caused and allowed

DOCUMENT 2

Defendant GARCIA to be in the condition he was at the time of the accident and to drive his truck recklessly and dangerously.

7. On or about, and prior to, September 9, 2020, the Defendant GO-TO TRANSPORT, INC. and FICTITIOUS DEFENDANTS A,B,C,D,E,F,G,H negligently, willfully and/or wantonly entrusted said commercial semi-tractor vehicle to the defendant GARCIA and negligently, willfully and/or wantonly caused or allowed him to operate said vehicle when they knew or should have known that it was not safe or proper to allow him to be in possession of, or operate, said commercial vehicle and when they knew or should have known that he was not properly licensed, trained, qualified or competent to operate the vehicle and that in fact his operation of the vehicle violated federal and state law and regulations and standards, policies and procedures of the defendants and the trucking industry.

8. At said time and place the defendant GARCIA was an impaired or distracted driver due to lack of sleep, excessive hours driving, medications/alcohol/drugs, a medical condition, and/or texting or cellphone use which violated state, federal and DOT laws and regulations. The named and fictitious party defendants knew, or should have known, that he was impaired or distracted and in fact were aware, or should have been aware, of prior instances when GARCIA had driven/operated other vehicles of the defendants while impaired or distracted. Furthermore, the named and fictitious party defendants should have known and been aware that the driving record and safety record of Defendant GARCIA rendered him unsafe to be operating this truck on September 9, 2020 and violated state and federal laws and regulations.

DOCUMENT 2

9. The named and fictitious party Defendants negligently, willfully and/or wantonly failed to properly train and certify GARCIA to operate a commercial vehicle.

10. The named and fictitious party Defendants negligently, willfully and/or wantonly failed to properly service and repair said commercial vehicle or caused or allowed it to be put into service and operated on September 9, 2020 when they knew or should have known that said vehicle was unsafe to operate and had unsafe or non-operational equipment, brakes, accelerator, mirrors, visual aids, warning devices, tires or other safety equipment.

11. On or about September 9, 2020 and prior to or at the time of the said accident, the named and fictitious party Defendants knew or should have known from their own information systems, computer systems, tracking systems, GPS systems, safety systems and reporting systems that Defendant GARCIA was operating their truck in an unsafe, impaired, distracted, and dangerous manner and negligently, willfully and/or wantonly failed or refused to obtain or respond to said information and cause Defendant GARCIA to park and stop his vehicle such that he would not drive it further that day. Said defendants had the knowledge and opportunity to prevent Defendant GARCIA from operating or continuing to operate his vehicle that day but negligently, willfully and/or wantonly failed or refused to cause the truck to be stopped and taken from the control and operation of GARCIA.

12. On or about September 9, 2020 Defendant GARCIA negligently and/or wantonly and/or willfully and/or intentionally either (1) failed to keep a proper and safe lookout for other vehicles, (2) was unaware that the PLAINTIFFS' vehicle was or would be in his path and failed to slow down or otherwise attempt to avoid a collision with the Plaintiffs' vehicle; (3) saw the vehicle occupied by PLAINTIFFS and had the means and

DOCUMENT 2

opportunity to avoid an accident, but failed to take proper and timely action to avoid the accident, thereby causing or allowing his vehicle to crash into PLAINTIFFS' vehicle; (4) was speeding and in excess of the speed limit for the area; (5) saw or should have seen the stop light and intersection where the accident happened but ignored the stop light and illegally entered the intersection by running the red light, and/or (6) intentionally drove into the Plaintiff's vehicle with reckless or intentional disregard and indifference to the safety of the Plaintiff. Said improper and illegal actions of Defendant GARCIA were authorized, ordered, condoned and/or ratified by the named and fictitious party defendants. Defendant GARCIA was guilty of NEGLIGENCE PER SE in his operation of the truck of Defendant GO-TO TRANSPORT, INC.

a.  As a proximate consequence of the DEFENDANTS' said improper, illegal, negligent, willful, wanton and/or intentional conduct, Plaintiffs were caused to suffer:

1.  Plaintiffs were permanently injured, disfigured, disabled and handicapped;
2.  Plaintiffs were caused, and will in the future be caused, to suffer emotional, physical and mental distress, pain and anguish;
3.  Plaintiffs were caused and will in the future be caused to incur expenses for medical services;
4.  Plaintiffs have had to undergo medical treatment and surgeries
5.  Plaintiff was caused, will be caused, to lose wages and income.

b.  The actions of the said named and fictitious party defendants combined and concurred and they are jointly and severally liable for said injuries.

**WHERFORE**, premises considered, PLAINTIFFS demand judgment against DEFENDANTS, jointly and severally, as follows:

(1)  the sum of FIVE MILLION DOLLARS ($5,000,000.00) for compensatory damages;

(2)  the sum of FIVE MILLION DOLLARS ($5,000,000.00) for punitive damages;

DOCUMENT 2

(3)  Such interest and courts costs as to which Plaintiff may be entitled.

**OF COUNSEL FOR PLAINTIFF:**                          */s/ Frank O. Hanson, Jr.*
SMITH & HANSON, LLC
222 20TH Street No. Ste. 800                          Frank O. Hanson, Jr. (HAN007)
(205) 329-1266
fohatty@bellsouth.net


*/s/Mickey McDermott*
Mickey  G. McDermott (MCD052)

**Of Counsel for Plaintiff**:
P.O. Box 34
Montgomery, Alabama 36101-0034
334-220-8519 office
334-263-7782 Fax:
MCDERMOTTATTORNEYS@GMAIL.COM


## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by struck jury for this cause.

*/s/ Frank O. Hanson, Jr.*
Of Counsel for Plaintiff

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Plaintiff hereby requests service of the summons and complaint by certified mail.

*/s/ Frank O. Hanson, Jr.*
Of Counsel for Plaintiff

DOCUMENT 2

# IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

**SANDRA VINCENT and**
**ORDERICK VINCENT;**

**Plaintiffs,**

**VS.**                                            **CASE NO.:** _____

**JEFFREY SCOTT GARCIA;**
**GO-TO TRANSPORT, INC.;**
**FICTITIOUS DEFENDANT(S) "A" – THAT/THOSE PERSON,**
**ENTITY OR CORPORATION WHICH**
**OWNED, OPERATED, LEASED, SERVICED,**
**AND/OR REPAIRED THE 2014 FRHT CASCADIA**
**TRACTOR/TRUCK VEHICLE INVOLVED IN THE 9/9/2020**
**ACCIDENT GIVING RISE TO THIS LITIGATION; et al.**

**Defendants**

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO THE DEFENDANTS JEFFREY SCOTT GARCIA AND GO-TO TRANSPORT, INC.

Comes now the Plaintiff in the above styled cause and propounds the following interrogatories and requests for production to the defendants:

I. INTERROGATORIES:

1. Please state the correct and complete name and address of any person, entity or corporation who or which owned, operated or was responsible for the tractor trailer unit involved in the accident of SEPTEMBER 9, 2020 giving rise to this litigation.

2. Please state the correct and complete name and address of the person, entity or corporation who or which employed, leased or contracted for Jeffrey Scott Garcia to operate the subject FRHT Cascadia truck on September 9, 2020.

3. Please state where Defendant Garcia had been on September 9, 2020 before the said accident and the destination to which  he was going at the time of the accident.

   (a) Please state any and all cellphone numbers and carriers used by Jeffrey Garcia on September 9, 2020.
4. Please state whether or not the subject tractor trailer rig had any type of on board computer, manual or monitoring system or device or GPS that tracked and reported the

DOCUMENT 2

location, speed or operation of the truck on September 9, 2020. If so, please identify the system, whether records of data from such were kept and maintained for September 9, 2020 and where this information can be obtained.

  (a) If this tractor trailer rig did not have such a system or device on September 9, 2020, please state:
    (i) why it did not
    (ii) whether or not such device or system was later installed
    (iii) whether or not on September 9, 2020 any other tractor trailer rigs owned or operated by the defendants had such systems or devices.

II. REQUESTS FOR PRODUCTION: Please produce the following materials and documents:

  (a) Copies of any and all accident reports, incident reports or any other written, computerized, taped, recorded or memorialized reports, statements, correspondence, tape recordings, transcriptions, forms, data or information concerning or relating to this accident of September 9, 2020, the condition of the defendant's driver and vehicle/truck (before, during and after this accident) and any other data or information relating in any way to the defendant(s), the vehicle/truck, the driver and this accident that has any bearing or relevance whatsoever to this accident.

  (b) Copies of any statements or documents obtained from any drivers, passengers, witnesses, employees, law enforcement officials/officers, mechanics, service/repair personnel, manufacturers representatives regarding any aspect of this accident, vehicle or driver and the condition of the truck, tires or driver prior to, at the time of, or after the accident.

  (c) The personnel file, employment file and all other files of any sort or type known to, accessible to, maintained by or generated by any defendant concerning the driver JEFFREY GARCIA including all training reports, safety reports, employment investigations, background and reference checks, employment applications, driving record and criminal record investigations and logs, including all warnings or citations ever issued to this driver by this defendant, anyone on this defendants behalf, or any government agency/entity or law enforcement agency, regarding operation of trucks or tractor-trailer vehicles for any employer, including but not limited to this defendant.

  (d) All safety and training manuals and policy and procedure documents or manuals that existed or applied in 2019 and 2020 that relate in any way to driver/operator/owner operator training or procedures including but not limited to

any documents or manuals given to or used by drivers regarding safe or proper operation of company vehicles, accident avoidance and what to do in the event of an accident.

(e) Copies of any and all complaints or reports filed by or for this defendant with any service/repair facility or any manufacturer, seller, distributor, owner or lessor of the tractor or trailer, or any component thereof, alleging or contending that such entity and/or its product is liable or responsible in any way for this accident and copies of all communications with such entity, or its insurance carrier, regarding such contentions or any settlement of such contentions.

(f) Copies of all official (DOT compliance) and any unofficial/ secret/ private/non DOT compliant log books maintained by or for any named defendant and by or for this driver or this truck/vehicle for August or September of 2020.

(g) All repair and service documents, files, logs, recall notices, parts invoices or other documents for this truck/tractor/trailer or any of its/their component parts.

(h) All documents that relate in any way to any inspection, repair or service for or on this truck/tractor/trailer from August 1, 2020 to October 1, including but not limited to any concerning inspection or repair undertaken because of this accident.

(i) Any and all documents that relate in any way to any citation, charge, investigation, reprimand or warning issued to this defendant, driver or other entity/person by any governmental, law enforcement, safety or industry agency or entity because of or relating in any way to this accident.  This includes any investigative reports or findings, penalties, fines, self-imposed punishments, license or certification actions and formal or informal reprimands.  This also includes any warnings or citations issued to the driver by the defendants. This also includes any such matters issued to any defendant for this accident, or in the year 2020.

(j) Copies of any citations, tickets, reprimands or other actions ever issued to the driver Jeffrey Garcia, or to any other named defendant.

(k) All citations, tickets, warnings or other actions taken against, written up, filed or registered against any defendant for the year 2019 and 2020 prior to, year of and year after this accident by any agency or entity for unsafe, improper or illegal maintenance of vehicles, operation of vehicles, for failure to properly train or supervise drivers and/or for failure to have or implement proper inspection, training and safety policies and procedures.

(l) Copies of any and all tapes, tape recordings, discs, CD's, computer records, e-mails, transcripts/transcriptions, accident reports, incident reports or any other

DOCUMENT 2

documents, records or materials that contain, reference, outline, or summarize any verbal, computerized, radio, written or other calls, communications or reports made by, to or from any driver or passenger who was present in or operating the subject truck and which were made on the date of the accident and/or any time after the date of the accident concerning or related to the accident. This shall include any and all dispatch calls, check-in calls, message calls, log calls, direction calls, location calls, CB radio transmissions and any other form of communications made from or to the subject truck for the entire 24 hours before the accident, during the accident, at the scene of the accident or at any time within 24 hours after the accident.

(m) Copies of all GPS or other satellite or computer tracking records, computer data, electronic data, charts, maps or other documents or materials that reflect in any way the location, speed, stops, travel routes and all other information used to locate or track the operation of the subject truck beginning 24 hours before the subject accident, up to and including the occurrence of the accident, and for 24 hours after the accident.

(n)        Copies of any photographs taken by or for GARCIA or GO TO TRANSPORT on or after September 9, 2020 of the accident scene, the plaintiff's car, the defendants' tractor trailer rig, or accident scene.

**OF COUNSEL FOR PLAINTIFF:**
Smith & Hanson
Attorneys at Law                    */s/ Frank O. Hanson, Jr.*
222 20th St. No. Ste.800            Frank O. Hanson, Jr. (HAN007)
Birmingham, AL 35203
fohatty@bellsouth.net

REQUEST FOR CERTIFIED MAIL SERVICE

Plaintiff requests that the above and foregoing discovery be served with the Complaint in this cause.

                    */s/ Frank O. Hanson, Jr.*
                    Of Counsel

DOCUMENT 3



**AlaFile E-Notice**

27-CV-2022-900170.00

To:  FRANK OSCAR HANSON JR.
fohatty@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following complaint was FILED on 9/8/2022 11:53:11 PM

Notice Date:     9/8/2022 11:53:11 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900170.00

To:  JEFFREY SCOTT GARCIA
     411 PERRY LAKE DR.
     PERRY, MI, 48872

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following complaint was FILED on 9/8/2022 11:53:11 PM

Notice Date:     9/8/2022 11:53:11 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

27-CV-2022-900170.00

To:  GO TO TRANSPORT, INC.
C/O GARY SHORT
1322 WASHINGTON AVE.
BAY CITY, MI, 48708

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following complaint was FILED on 9/8/2022 11:53:11 PM

Notice Date:      9/8/2022 11:53:11 PM

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900170.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL**

**NOTICE TO:** JEFFREY SCOTT GARCIA, 411 PERRY LAKE DR., PERRY, MI 48872
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), FRANK OSCAR HANSON JR.
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1929 3rd Ave. No., Ste. 800, Birmingham, AL 35203
_____.
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SANDRA VINCENT
pursuant to the Alabama Rules of the Civil Procedure.                                              *(Name(s))*

| 09/08/2022 | /s/ LYNNETHIA R. BENNETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ FRANK OSCAR HANSON JR.
_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                                      *(Name of County)*

Alabama on _____.
*(Date)*

| _____ | _____ | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2022-900170.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL**

**NOTICE TO:** GO TO TRANSPORT, INC., C/O GARY SHORT 1322 WASHINGTON AVE., BAY CITY, MI 48708

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
FRANK OSCAR HANSON JR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1929 3rd Ave. No., Ste. 800, Birmingham, AL 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SANDRA VINCENT
*(Name(s))*
pursuant to the Alabama Rules of the Civil Procedure.

| 09/08/2022 | /s/ LYNNETHIA R. BENNETT | By: | |
| --- | --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ FRANK OSCAR HANSON JR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____ .

*(Date)*

_____            _____

*(Type of Process Server)*      *(Server's Signature)*            *(Address of Server)*

_____            _____

*(Server's Printed Name)*            *(Phone Number of Server)*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information. visit our website at *www.usps.com* .

CV-22 OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

**Postage**

$

**Total Postage and Fees**   $9.17

$

Sent To  Jeffrey Scott Garcia

Street and Apt. No., or PO Box No.  DiII Perry Lake Dr.

City, State, ZIP+4  Perry, MI  48872

PS Form 3800, Apr. 2015          See Reverse for Instructions

7022 0410 0002 8648 4293

DOCUMENT 5

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CV-

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

**Postmark**
**Here**

**Postage**

$

**Total Postage and Fees**

$ 9.17

**Sent To**  Go To Transport, Inc. C/o Gary Short

**Street and Apt. No., or PO Box No.**  1322 Washington Ave.

**City, State, ZIP+4**  Bay City, MI 48708

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 0410 0002 8449 4309

DOCUMENT 5

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

DOCUMENT 6

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse
so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

9-6-22

1. Article Addressed to:

GO TO TRANSPORT, INC.

C/O GARY SHORT

1322 WASHINGTON AVE.

BAY CITY, MI, 48708

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

9590 9402 7323 2028 9052 94

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

2. Article Number
7022 0410 0002 8646 4309

☐ Delivery Restricted Delivery

☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 7323 2028 9052 94



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

FILED IN OFFICE
DALLAS COUNTY COURT...
SEP 21 2022
Lynnethia R. Bennett
Circuit Clerk

Sender: Please print your name, address, and ZIP+4® in this box®

Lynnethia R. Bennett, Circuit Clerk

Dallas County Courthouse

P.O. Box 1148

Selma, AL 36702

CV-2022-900170.00 D002

DOCUMENT 7



AlaFile E-Notice

27-CV-2022-900170.00

Judge: COLLINS PETTAWAY, JR.

To: HANSON FRANK OSCAR JR.
fohatty@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following matter was served on 9/15/2022

**D002 GO TO TRANSPORT, INC.**

**Corresponding To**

CERTIFIED MAIL

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov

DOCUMENT 7



AlaFile E-Notice

27-CV-2022-900170.00

Judge: COLLINS PETTAWAY, JR.

To: MCDERMOTT MICKEY JOHN GLE
mcdermottattorneys@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following matter was served on 9/15/2022

**D002 GO TO TRANSPORT, INC.**

**Corresponding To**

CERTIFIED MAIL

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



AlaFile E-Notice

27-CV-2022-900170.00

Judge: COLLINS PETTAWAY, JR.

To:  HANSON FRANK OSCAR JR.
fohatty@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following matter was served on 9/15/2022

**D002 GO TO TRANSPORT, INC.**

**Corresponding To**

CERTIFIED MAIL

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**AlaFile E-Notice**

27-CV-2022-900170.00

Judge: COLLINS PETTAWAY, JR.

To: MCDERMOTT MICKEY JOHN GLE
mcdermottattorneys@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL
27-CV-2022-900170.00

The following matter was served on 9/15/2022

**D002 GO TO TRANSPORT, INC.**

**Corresponding To**

CERTIFIED MAIL

LYNNETHIA R. BENNETT
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
lynnethia.bennett@alacourt.gov



**ALABAMA SJIS CASE DETAIL**

PREPARED FOR: ETHAN DETTLING

County: **27**   Case Number: **CV-2022-900170.00**   Court Action:

Style: **SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL**

 Real Time

## Case

### Case Information

| | | | | |
|---|---|---|---|---|
| County: | 27-DALLAS | Case Number: | CV-2022-900170.00 | Judge: | PET:COLLINS PETTAWAY, JR. |
| Style: | SANDRA VINCENT ET AL V. JEFFREY SCOTT GARCIA ET AL | | | |
| Filed: | 09/08/2022 | Case Status: | ACTIVE | Case Type: | NEGLIGENCE MOTOR VEH |
| Trial Type: | JURY | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 2 | No of Defendants: | 2 | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: : | | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subpoenas: | | Last Update: | 09/08/2022 | Updated By: | AJA |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - VINCENT SANDRA

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | VINCENT SANDRA | Type: | I-INDIVIDUAL |
| Index: | D GARCIA JEFFR | Alt Name: | | Hardship: No | JID: | PET |
| Address 1: | 222 20TH ST. NO. | | | Phone: | (334) 000-0000 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | STE. 800 | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35203-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | F | Race: | |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | Served By: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HAN007 | | HANSON FRANK OSCAR JR. | FOHATTY@BELLSOUTH.NET | (205) 329-1266 |
| Attorney 2 | MCD052 | | MCDERMOTT MICKEY JOHN GLE | MCDERMOTTATTORNEYS@GMAIL.COM | (334) 264-5151 |

## Party 2 - Plaintiff INDIVIDUAL - VINCENT ORDERICK

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C002-Plaintiff | Name: | VINCENT ORDERICK | | Type: | I-INDIVIDUAL | |
| Index: | D GARCIA JEFFR | Alt Name: | | Hardship: | No | JID: | PET |
| Address 1: | 222 20TH ST. | | | Phone: | (334) 000-0000 | | |
| Address 2: | STE. 800 | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35203-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: | |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | Served By: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HAN007 | | HANSON FRANK OSCAR JR. | FOHATTY@BELLSOUTH.NET | (205) 329-1266 |
| Attorney 2 | MCD052 | | MCDERMOTT MICKEY JOHN GLE | MCDERMOTTATTORNEYS@GMAIL.COM | (334) 264-5151 |



**Party 3 - Defendant INDIVIDUAL - GARCIA JEFFREY SCOTT**

### Party Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | GARCIA JEFFREY SCOTT | | | | Type: | I-INDIVIDUAL |
| Index: | C VINCENT SAND | Alt Name: | | Hardship: | No | JID: | | PET |
| Address 1: | 411 PERRY LAKE DR. | | | Phone: | (334) 000-0000 | | | |
| Address 2: | | | | | | | | |
| City: | PERRY | State: | MI | | | Zip: | 48872-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | | | Sex: | M | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | CM 7022 0410 0002 8646 4293 | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 09/09/2022 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

**Party 4 - Defendant BUSINESS - GO TO TRANSPORT, INC.**

### Party Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | GO TO TRANSPORT, INC. | | | | Type: | B-BUSINESS |
| Index: | C VINCENT SAND | Alt Name: | | Hardship: | No | JID: | | PET |
| Address 1: | C/O GARY SHORT | | | Phone: | (334) 000-0000 | | | |
| Address 2: | 1322 WASHINGTON AVE. | | | | | | | |
| City: | BAY CITY | State: | MI | | | Zip: | 48708-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | | | Sex: | | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | CM 7022 0410 0002 8646 4309 | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 09/09/2022 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 09/15/2022 | Service Type | C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

| Attorney 1 | 000000 | | PRO SE | |
|---|---|---|---|---|

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $18.34 | $18.34 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $22.93 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CVAP | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $310.00 | $310.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $573.34 | $596.27 | -$22.93 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | CREDIT | CONV | 2022124 | 076728000 | $22.93 | C001 | 000 | | N | | | LYB |
| 09/09/2022 | RECEIPT | AOCC | 2022124 | 076727000 | $18.34 | C001 | 000 | | N | | | LYB |
| 09/09/2022 | RECEIPT | CVAP | 2022124 | 076729000 | $100.00 | C001 | 000 | | N | | | LYB |
| 09/09/2022 | RECEIPT | CV05 | 2022124 | 076730000 | $310.00 | C001 | 000 | | N | | | LYB |
| 09/09/2022 | RECEIPT | JDMD | 2022124 | 076731000 | $100.00 | C001 | 000 | | N | | | LYB |
| 09/09/2022 | RECEIPT | VADM | 2022124 | 076732000 | $45.00 | C001 | 000 | | N | | | LYB |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 9/8/2022 | 11:53 PM | FILE | FILED THIS DATE: 09/08/2022 (AV01) | AJA |
| 9/8/2022 | 11:53 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 9/8/2022 | 11:53 PM | ASSJ | ASSIGNED TO JUDGE: COLLINS PETTAWAY (AV01) | AJA |
| 9/8/2022 | 11:53 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 9/8/2022 | 11:53 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 9/8/2022 | 11:53 PM | ECOMP | COMPLAINT E-FILED. | HAN007 |
| 9/8/2022 | 11:53 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 9/8/2022 | 11:53 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 9/8/2022 | 11:53 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 9/8/2022 | 11:53 PM | C001 | LISTED AS ATTORNEY FOR C001: HANSON FRANK OSCAR J | AJA |
| 9/8/2022 | 11:53 PM | C001 | C001 PARTY ADDED: VINCENT SANDRA (AV02) | AJA |
| 9/8/2022 | 11:53 PM | C001 | LISTED AS ATTORNEY FOR C001: MCDERMOTT MICKEY JOH | AJA |
| 9/8/2022 | 11:53 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 9/8/2022 | 11:53 PM | C002 | C002 PARTY ADDED: VINCENT ORDERICK (AV02) | AJA |
| 9/8/2022 | 11:53 PM | C002 | LISTED AS ATTORNEY FOR C002: MCDERMOTT MICKEY JOH | AJA |
| 9/8/2022 | 11:53 PM | C002 | C002 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 9/8/2022 | 11:53 PM | C002 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 9/8/2022 | 11:53 PM | C002 | LISTED AS ATTORNEY FOR C002: HANSON FRANK OSCAR J | AJA |
| 9/8/2022 | 11:53 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D001 | CERTIFIED MAIL ISSUED: 09/08/2022 TO D001 (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D001 | D001 PARTY ADDED: GARCIA JEFFREY SCOTT (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D002 | D002 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D002 | D002 PARTY ADDED: GO TO TRANSPORT, INC. (AV02) | AJA |
| 9/8/2022 | 11:53 PM | D002 | INDIGENT FLAG SET TO: N (AV02) | AJA |

| 9/8/2022 | 11:53 PM | D002 | CERTIFIED MAI ISSUED: 09/08/2022 TO D002   (AV02) | AJA |
| 9/9/2022 | 8:18 AM | D001 | CERTIFIED MAI ISSUED: 09/09/2022 TO D001   (AV02) | BEL |
| 9/9/2022 | 8:21 AM | D002 | CERTIFIED MAI ISSUED: 09/09/2022 TO D002   (AV02) | BEL |
| 9/9/2022 | 8:28 AM | ESCAN | SCAN - FILED 9/9/2022 - CERTIFIED MAIL | BEL |
| 9/21/2022 | 1:33 PM | D002 | SERVICE OF CERTIFIED MAI ON 09/15/2022 FOR D002 | BEL |
| 9/21/2022 | 1:33 PM | ESERC | SERVICE RETURN | BEL |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 9/8/2022 11:53:11 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 9/8/2022 11:53:11 PM | 2 | COMPLAINT | | 12 |
| 9/8/2022 11:54:15 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 9/8/2022 11:54:15 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 9/9/2022 8:28:57 AM | 5 | CERTIFIED MAIL | | 4 |
| 9/21/2022 1:33:42 PM | 6 | SERVICE RETURN | SERVICE RETURN | 2 |
| 9/21/2022 1:33:55 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |

 *END OF THE REPORT*

# EXHIBIT
# B

AST-27
REV. 06/08

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

| | Crash Report Case No. | 0691568 |
|---|---|---|

| Check If Amendment ☐ | | Check If Error Correction ☐ |
|---|---|---|

Sheet 1

| # Vehicles | # Pedestrians | # Injured | # Fatalities | # Unit 1 Type | Unit 2 Type | Local Case No. |
|---|---|---|---|---|---|---|
| 2 | 0 | 2 | 0 | 1 Type | 11 | 2020-13,973 |

## LOCATION AND TIME

| Date | | | Time | Day of Week | County | City | | Rural | Local Zone |
|---|---|---|---|---|---|---|---|---|---|
| 09 | 09 | 2020 | 1306 MT | Wed | Dallas | Selma | | | 4 |
| Month | Day | Year | | | | | | | |

| Hwy Class. | On Street, Road, Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|---|
| 5 | Highland Avenue | Alabama 41 North | |

| (On) Street/ Road/Hwy <-- Code | | 1  2 <-- --> Node Code | | From Node 1 |
|---|---|---|---|---|
| S014 | 176 | N/A | N/A | |

| Mile Post | Control Access Hwy Loc | Primary Contrib Circums | Primary Contributing Unit # | First Harmful Event | First Harmful Event Location | Most Harmful Event |
|---|---|---|---|---|---|---|
| N/A | 97 | 3 | 2 | 22 | 1 | 22 |

| Distance to Fixed Object | Roadway Junction/ Feature | Manner of Crash | Lat Coordinate | Long Coordinate | Coordinate Type | Hwy Side |
|---|---|---|---|---|---|---|
| N/A feet | 1 | 6 | NC | NC | 97 | 97 |

| School Bus Related | Crash Severity | Distracted Driving |
|---|---|---|
| 1 | C | 97 |

## UNIT 1 / LEFT SCENE / COM VEH / VEHICLE or NON-MOTORIST (VEHICLE)

☑ VEHICLE

### DRIVER

| Driver Full Name | Street Address | City and State | | ZIP | Telephone |
|---|---|---|---|---|---|
| SANDRA MARIA SMITH VINCENT | 306 WRIGHT DR | SELMA AL | | 36701 | 99 |

| DOB | | | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 | 27 | 1971 | 2 | 2 | AL | 6080218 | D | C | 97 | 97 | 97 |
| Month | Day | Year | | | | | | | | | |

| Place of Employment | Residence Less Than 25 Miles |
|---|---|
| 99 | Yes |

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| 99 | 99 | Unk |

| Driver Condition | Sobriety/ Officer Opinion | Alcohol: No Drugs: No | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|
| 1 | | | 6 | N/A | 4 | 97 | 1 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries In Unit |
|---|---|---|---|---|---|
| 22 | Highland Avenue | S014 | 2 | 97 | 2 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location | Areas Damaged Are Shaded |
|---|---|---|---|---|---|---|
| | 22 | 97 | 97 | 97 | 1 | |

### VEHICLE

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2014 | KIA | CADENZA | 2 | KNALN4D77E5129924 |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| Same | JDD9811 | AL | 2021 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| Same | | | |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 1 | 1 | 97 | 3 | 97 | 97 | 97 |

| Attachment | Oversized Load | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | N/A | N/A | 1 | 40 MPH | Unk MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 4 | 1 | A-1 Towing |

| Towed To Where: |
|---|
| 1303 Selma Avenue, Selma, Al., 36701 |

| Point of Initial Impact | 2 |
|---|---|

Under Carriage 14
12 — 97 / N/A
11 — 1
10 — 2
13 — 16
8 — 3
4 — Totaled
7 — 5
6 — 15 Attachment

## UNIT 2 / LEFT SCENE / COM VEH / VEHICLE or NON-MOTORIST (VEHICLE)

☑ VEHICLE

### DRIVER

| Driver Full Name | Street Address | City and State | ZIP | Telephone |
|---|---|---|---|---|
| Jeffrey Scott Garcia | 411 Perry Lake Drive | Perry MI | 48872- 8794 | 99 |

| DOB | | | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 22 | 1971 | 1 | 1 | MI | G620390760734 | CDL | 97 | 97 | C | 97 |
| Month | Day | Year | | | | | | | | | |

| Place of Employment | Residence Less Than 25 Miles |
|---|---|
| GO-TO TRANSPORT INC | No |

| Liability Insurance Co. | Liability Policy No. | Insurance NAIC Number |
|---|---|---|
| ACCORD | 06212229 | |

| Driver Condition | Sobriety/ Officer Opinion | Alcohol: No Drugs: No | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|
| 1 | | | 6 | N/A | 4 | 97 | 2 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries In Unit |
|---|---|---|---|---|---|
| 22 | ALABAMA 41 NORTH | 176 | 1 | 31 | 0 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location | Areas Damaged Are Shaded |
|---|---|---|---|---|---|---|
| | 22 | 97 | 97 | 97 | 1 | |

### VEHICLE

| Veh Year | Make | Veh Model | Body | V.I.N. |
|---|---|---|---|---|
| 2014 | FRHT | CASCADIA | 97 | 3AKJGLD52ESFZ5673 |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| GO-TO TRANSPORT INC | RB84611 | MI | 2020 |

| Street or R.F.D. | City | State | Zip |
|---|---|---|---|
| 1320 WASHINGTON AVENUE | BAY CITY | MI | 48708-5711 |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 11 | 6 | 97 | 2 | 2 | | 97 |

| Attachment | Oversized Load | If Yes, Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 4 | No | N/A | 1 | 40 MPH | Unk MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom: |
|---|---|---|
| 2 | 3 | 97 |

| Towed To Where: |
|---|
| 97 |

| Point of Initial Impact | 12 |
|---|---|

Under Carriage 14
12 — 97
11 — 1 / N/A
10 — 2
13 — 16
8 — 3
4 — Totaled
7 — 5
6 — 15 Attachment

## Seating Position Codes

| 2, 4, or 6 Passenger | 9 Passenger (add): | 12 Passenger (add): | Bicycle, Motorcycle, ATV | |
|---|---|---|---|---|
| 1 2 3 / 4 5 6 | 7 8 9 | 17 18 19 | 10 / 11 | 12 - Pedestrian<br>13 - Rider of Domestic Animal<br>14 - Occ. of Non-Motorized Vehicle<br>15 - Passenger of Bus |

16 - Not in Passenger Compartment
97 - Not Applicable
98 - Other (Explain)
99 - Unknown

## UNINJURED OCCUPANTS

| Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Age Code | Sex | Ejec-tion | Birth Date | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Age Code | Sex | Ejec-tion | Birth Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 2 | 4 | 8 | 1 | 1 | 09/22/1971 | | | | | | | | | |

## VICTIMS

N/A ☐

| | Unit No | Seat Pos | Occ. Type | Safety Equip. | Air-bag | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| **Name** SANDRA MARIA SMITH VINCENT | 1 | 1 | 1 | 2 | 4 | 4 | 8 | 2 | 1 | 1 |
| **Address** 306 WRIGHT DR SELMA AL 36701 | | | | | | | | | | |
| **Taken To** Vaughan ER Hospital **Taken By** Advances EMS | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | **Birth Date** 03/27/1971 | | | | |
| **Name** Ordrick Sherman Vincent | 1 | 3 | 2 | 2 | 7 | 4 | 8 | 1 | 1 | 1 |
| **Address** 306 Wright Drive Selma AL 36701 | | | | | | | | | | |
| **Taken To** Vaughan ER Hospital **Taken By** Advances EMS | | | | | | | | | | |
| **Medical Facility** EMS ground | | | | | | **Birth Date** 01/04/1967 | | | | |

## DIAGRAM



Highland Avenue

Unit 1

Unit 1

Unit 2

Alabama 41 North

N

NOT TO SCALE

## NARRATIVE

Unit 1 stated that her traffic light was green on East Highland Avenue
and was struck by Unit 2 on the passenger doors.
Unit 2 stated that he was turning left from AL-41 North onto Highland Avenue
didn't see Unit 1 causing him to collided vehicle.
All Witnesses #1, 2 & 3 stated that Highland Ave traffic light was green (East -West)
and Unit 2 struck Unit 1 on the passenger doors.

## ROADWAY ENVIRONMENT

| Unit No. | 1 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscur ed By | 1 | Traffic Control | 1 | Traffic Control Functioning | 97 | Opposing Lane Separation | 5 | Trafficway Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupant s In Unit | 2 | Total # Injured In Unit | 2 | Total # Killed in Unit | 0 |

| Total Number of Units | Light | Weather | Locale | Police Present? | DOT Railroad Crossing No. |
|---|---|---|---|---|---|
| 2 | 1 | 1 | 3 | No | N/A |

| Unit No. | 2 | Involved Road/ Bridge | 1 | Road Surface Type | 1 | Roadway Condition | 1 | Workzone Related? | 1 | Workzone Type | 97 | Workers Present? | NotApplicable | Workzone Law Enforcement Present? | 97 | Contributing Circumstances Environment | 1 | Contrib Matl In Roadway | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contrib Material Source | 97 | Rdway Curve & Grade | 1 | Vision Obscur ed By | 1 | Traffic Control | 6 | Traffic Control Functioning | 1 | Opposing Lane Separation | 5 | Trafficway Lanes | 4 | Turn Lanes | 1 | One-Way Street | No | Total # Occupant s In Unit | 1 | Total # Injured In Unit | 0 | Total # Killed In Unit | 0 |

| Total Number of Units | Light | Weather | Locale | Police Present? | DOT Railroad Crossing No. |
|---|---|---|---|---|---|
| 2 | 1 | 1 | 3 | No | N/A |

## INVESTIGATION

| Name of Photographer | N/A | | |
|---|---|---|---|
| Time Police Notified 1306 MT | Time Police Arrived 1312 MT | Time EMS Arrived 1315 MT | EMS Response Run # N/A |

| Name of Investigating Officer | Evelyn - Ghant | Officer ID 2186 | Agency ORI AL0270100 |
|---|---|---|---|
| Name of Investigating Officer | | Officer ID | Agency ORI |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

| Witness Full Name | Dan - Dawson | Address | 2706 Matthew Lane Selma, AL 36701 | Telephone (334) 419-3879 |
|---|---|---|---|---|
| Witness Full Name | Joe - Hagood | Address | 701 Alabama Avenue Selma, AL 36701 | Telephone (334) 412-0742 |

Unit No. __2__
(same as on main report)

## ALABAMA UNIFORM TRAFFIC CRASH REPORT
## Truck/Bus Supplemental Sheet

AST-27B Rev. 08/08

### General Instructions

*Complete this form each qualifying vehicle **ONLY** if the crash meets **BOTH** of the Following criteria:*

*1.* The crash involved a qualifying vehicle (a truck with a gross vehicle weight rating (GVWR) or a gross combination weight rating (GCWR) of more than 10,000 pounds, or Haz/Mat placard, or a vehicle designed to carry nine 9 or more, including driver) and;

*2.* The crash resulted in at least one of the following:   *A.* one or more fatalities   *B.* one or more persons injured and taken from the scene for immediate medical attention, or   *C.* one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with GVWR or GCWR of more than
10,000 pounds or Haz/Mat placard   __1__

Buses designed to carry 9 or more (including driver)   __0__

*Number of Persons:*

Sustaining fatal injuries   __0__

Transported for   *immediate* medical treatment   __2__

Number of vehicles towed from scene due to damage   __1__

### Vehicle Information

*Weight Rating of Power Unit of the Truck*

3. - More than 26,000 pounds

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard? ☐
If Yes, include following information from placard
  *A.* Name or 4-digit number from Diamond or box
  *B.* The 1-digit number from bottom of diamond
Was hazardous material released from THIS vehicle's cargo? ☐

*Vehicle Configuration*

9. - Tractor with semi-trailer

*Bus Usage*

1. - Not a bus

*Cargo Body Type*

3. - Van / enclosed box

*Cargo Type*

3. - Building materials

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

*Carrier Name*  GO-TO TRANSPORT

*Carrier Phone*

*Carrier Mailing Address (Street or P.O. Box)*  1320 WASHINGTON AVENUE

*City, State, Zip*  BAY CITY, MI 48708-5711

*None = 0)*

*Motor Carrier Type*  1. - Interstate carrier

*US DOT*  1197728        *ICC MC*  476897        *STATE NO.*  2021

*STATE*  MI        *OTHER COUNTRY AUTHORITY*        *COUNTRY*  Unk

### Sequence of Events

| NOTE: for THIS vehicle – list up to four | Event #1 | 13 | Event #2 | 97 | Event #3 | 97 | Event #4 | 97 |
|---|---|---|---|---|---|---|---|---|

| EVENT CODES | Non-Collision | 1. Ran off road | 2. Jackknife | 3. Overturned (rollover) | 4. Downhill runaway |
|---|---|---|---|---|---|
| | | 5. Cargo loss or shift | 6. Explosion or fire | 7. Separation of units | 8. Cross median/centerline |
| | | 9. Equipment Failure (brake failure, blown tires, etc.) | | 10. Other non-collision | 11. Unknown |
| | Collision with | 12. Pedestrian | 13. Motor Vehicle in Transport | 14. Parked Motor Vehicle | 15. Train |
| | | 16. Pedalcycle | 17. Animal | 18. Fixed object | 19. Work Zone Maintenance equipment |
| | | 20. Other movable object | | 21. Unknown movable object | |
| | Not applicable | 97. Not applicable | | | |

| Definitions | |
|---|---|
| **Truck** | **Reportable Crash** |

**Truck**

A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:

* Have a GVWR or a GCWR of more than 10,000 pounds, **or**
* Carry a Hazardous Material Placard

**Bus**

A motor vehicle providing seats for 9 or more persons including the driver and used primarily for the transportation of persons.

**Trailer**

A non-power vehicle towed by a motor vehicle.

**Reportable Crash**

A highway related incident normally investigated by a police officer and reported on a standard crash report form involving one or more trucks or buses (as defined here) which results in:

* One or more fatalities, **or**
* One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, **or**
* One or more of the vehicles being removed from the scene as a result of disabling damage, **or**
* One or more of the vehicles requiring intervening assistance before proceding under its own power.

## Typical Vehicle Silhouettes

1. Passenger Vehicle  

2. Light truck (van, mini-van, panel, pickup, sport utility vehicle)

3. Bus (seats for 9-15 people, including driver)  

4. Bus (seats for more than 15 people, including driver)  

5. Single unit truck - 2 axles / 6 tires  

6. Single unit truck - 3 axles  

7. Truck with trailer  

8. Truck tractor (bobtail)  

9.  

10. Tractor with double trailers  

11. Tractor with triple trailers  

## Typical Hazardous Material Placards

        

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 1 | Passenger car | Driver | Liability Insurance NAIC Number Code | Unk | Unknown |
| Report Header | Unit Type | 11 | Tractor / semi-trailer | Driver | Maneuver | 1 | Movement essentially straight |
| Location And Time | Contributing Circumstance | 3 | Ran traffic signal | Driver | Maneuver | 2 | Turning left |
| Location And Time | Contributing Unit | 20 | Unit2 | Driver | Phone Number Code | 99 | Unknown |
| Location And Time | Controlled Access Highway Location | 97 | Not a controlled access highway | Driver | Place of Employment | | Not Set |
| Location And Time | Coordinate Status | NC | NoCapability | Driver | Place of Employment | 99 | Unknown |
| Location And Time | Coordinate Type | 97 | Not applicable | Driver | Race | 1 | White / Caucasian |
| Location And Time | Crash Manner | 6 | Angle (front-to side), opposite direction | Driver | Race | 2 | Black / African-American |
| Location And Time | Crash Severity | C | Possible injury | Driver | Residence Within 25 Miles | No | No |
| Location And Time | Distance Node Unit | 0 | Unknown | Driver | Residence Within 25 Miles | Yes | Yes |
| Location And Time | Distracted Driving | 97 | Not applicable (not distracted) | Driver | Travel Direction | 1 | North |
| Location And Time | Harmful Event | 22 | Collision with vehicle in traffic | Driver | Travel Direction | 2 | East |
| Location And Time | Highway Classification | 5 | Municipal | Vehicle | Attachment | 1 | None |
| Location And Time | Highway Side | 97 | Not applicable | Vehicle | Attachment | 4 | Other semi trailer |
| Location And Time | Roadway Feature | 1 | No special feature | Vehicle | Body | 2 | Four door |
| Location And Time | School Bus Related | 1 | No school bus involved | Vehicle | Body | 97 | Not applicable - not passenger car, personal van, or SUV |
| Location And Time | Time Display Format | 20 | Military | Vehicle | Citation Offense | 99 | None |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Damage Severity | 2 | Minor |
| Driver | Commercial Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Damage Severity | 4 | Major, disabled |
| Driver | Commercial Driver License Status | C | Current / valid | Vehicle | Defect | 1 | None |
| Driver | Contributing Circumstance | 31 | Failed to yield right-of-way from traffic signal | Vehicle | Emergency Status | 97 | Not applicable |
| Driver | Contributing Circumstance | 97 | Not applicable | Vehicle | Estimated Speed Code | Unk | Unknown |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Hazardous Cargo | 1 | None |
| Driver | Driver Condition | 1 | Apparently normal | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Driver | Driver License Class Code | 0 | Not set | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Driver | Driver License Number | 0 | Not set | Vehicle | Make | FRHT | Freightliner |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Make | KIA | Kia Motors Corp. |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Non-Motorist Action | 0 | Not Set |
| Driver | Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Non-Motorist Location | 0 | Not Set |
| Driver | Driver License Status | C | Current / valid | Vehicle | Oversized Load | N/A | NotApplicable |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Oversized Load | No | No |
| Driver | Drug Test Result | 97 | Not applicable | Vehicle | Oversized Load Permit | N/A | NotApplicable |
| Driver | Drug Test Type | 4 | No test given | Vehicle | Owner Address Code | 0 | Not Set |
| Driver | Gender | 1 | Male | Vehicle | Owner Address Code | Same | Same |
| Driver | Gender | 2 | Female | Vehicle | Owner Name Code | | Not Set |
| Driver | Harmful Event | 22 | Collision with vehicle in traffic | Vehicle | Owner Name Code | Same | Same as driver |
| Driver | Liability Ins. Policy Code | 0 | Not Set | Vehicle | Placard Requirement | 2 | No |
| Driver | Liability Ins. Policy Code | 99 | Unknown | Vehicle | Placard Requirement | 97 | Not applicable |
| Driver | Liability Insurance NAIC Number Code | | Not Set | Vehicle | Placard Status | 3 | Not applicable (placard not required) |

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Vehicle | Tag Number | | Not set | Roadway Environment | Road Surface Type | 1 | Asphalt |
| Vehicle | Tag State | 0 | Not set | Roadway Environment | Roadway Condition | 1 | Dry |
| Vehicle | Tag Year | 0 | Not set | Roadway Environment | Roadway Curvature And Grade | 1 | Straight, level |
| Vehicle | Tow Status | 1 | Towed due to disabling damage | Roadway Environment | Roadway Material | 1 | None |
| Vehicle | Tow Status | 3 | Not towed | Roadway Environment | Roadway Material Source | 97 | Not applicable |
| Vehicle | Towed Code | 0 | Not Set | Roadway Environment | Traffic Control | | No controls present |
| Vehicle | Towed Code | 97 | Not applicable | Roadway Environment | Traffic Control | 8 | Traffic signals |
| Vehicle | Unit Type | 1 | Passenger car | Roadway Environment | Traffic Control Status | 1 | Yes |
| Vehicle | Unit Type | 11 | Tractor / semi-trailer | Roadway Environment | Traffic Control Status | 97 | Not applicable |
| Vehicle | Usage | 1 | Personal vehicle | Roadway Environment | Trafficway Lane Count | 4 | Four lanes |
| Vehicle | Usage | 6 | Cargo Transportation | Roadway Environment | Turn Lane Presence | 1 | None |
| Vehicle | VIN | 0 | Not set | Roadway Environment | Vision Obscuration | 1 | Not obscured |
| Vehicle | Year | | Not set | Roadway Environment | Weather Condition | 1 | Clear |
| Uninjured Occupants | Age Code | 8 | 26 - 64 | Roadway Environment | Workzone Law Enforcement Presence | 97 | Not applicable |
| Uninjured Occupants | Airbag | 4 | Not deployed, switch on | Roadway Environment | Workzone Relationship | 1 | Not in / related to workzone |
| Uninjured Occupants | Birth Date Code | 0 | Not Set | Roadway Environment | Workzone Type | 97 | Not applicable |
| Uninjured Occupants | Ejection Status | 1 | Not ejected or trapped | Truck/Bus Supplement | Bus Usage | 1 | Not a bus |
| Uninjured Occupants | Gender | 1 | Male | Truck/Bus Supplement | Cargo Body Type | 3 | Van / enclosed box |
| Uninjured Occupants | Occupant Type | 1 | Driver | Truck/Bus Supplement | Cargo Type | 3 | Building materials |
| Uninjured Occupants | Safety Equipment | 2 | Shoulder and lap belt used | Truck/Bus Supplement | Carrier Address Code | 0 | Not Set |
| Victims | Age Code | 8 | 26 - 64 | Truck/Bus Supplement | Carrier Name Code | 0 | Not Set |
| Victims | Airbag | 4 | Not deployed, switch on | Truck/Bus Supplement | Carrier Phone Code | 0 | Not Set |
| Victims | Airbag | 7 | Deployed front, switch on | Truck/Bus Supplement | Country Number Code | Unk | Unknown |
| Victims | Birth Date Code | 0 | Not Set | Truck/Bus Supplement | ICCMC Number Code | 0 | Not Set |
| Victims | Ejection Status | 1 | Not ejected or trapped | Truck/Bus Supplement | Motor Carrier Type | 1 | Interstate carrier |
| Victims | First Aid Provider | 1 | Paramedic / EMT | Truck/Bus Supplement | State Number Code | 0 | Not Set |
| Victims | Gender | 1 | Male | Truck/Bus Supplement | USDOT Number Code | 0 | Not Set |
| Victims | Gender | 2 | Female | Truck/Bus Supplement | Vehicle Configuration | 9 | Tractor with semi-trailer |
| Victims | Injury Type | 4 | (C) Possible injury | Truck/Bus Supplement | Weight Rating | 3 | More than 26,000 pounds |
| Victims | Medical Facility Transport | 2 | EMS ground | | | | |
| Victims | Occupant Type | 1 | Driver | | | | |
| Victims | Occupant Type | 2 | Passenger | | | | |
| Victims | Safety Equipment | 2 | Shoulder and lap belt used | | | | |
| Victims | Victim Taken By | | Not Set | | | | |
| Victims | Victim Taken To | | Not Set | | | | |
| Roadway Environment | Environmental Contributing Circumstance | 1 | None apparent | | | | |
| Roadway Environment | Light Condition | 1 | Daylight | | | | |
| Roadway Environment | Locale | 3 | Shopping or business | | | | |
| Roadway Environment | Opposing Lane Separation | 8 | Solid painted lines | | | | |
| Roadway Environment | Road Bridge Condition | 1 | None apparent | | | | |

# EXHIBIT C

Filed by Corporations Division Administrator   Filing Number: 222551873500   Date: 05/05/2022



Form Revision Date 07/2016

# ANNUAL REPORT
### For use by DOMESTIC PROFIT CORPORATION
*(Required by Section 911, Act 284, Public Act of 1972)*

| The identification number assigned by the Bureau is: | 800620891 |
|---|---|

Annual Report Filing Year:   2022

1. Corporation Name:

   GO-TO TRANSPORT, INC.

☑ On behalf of the corporation, I certify that no changes have occurred in required information since the last year filed report.

This document must be signed by an authorized officer or agent:

Signed this 5th Day of May, 2022 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Allison Short | President | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline    ◉ Accept

Filed by Corporations Division Administrator   Filing Number: 222551873500      Date: 05/05/2022

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

*This is to Certify that the* 2022 ANNUAL REPORT

*for*

GO-TO TRANSPORT, INC.

**ID Number:**   800620891

*received by electronic transmission on*   May 05, 2022     *, is hereby endorsed.*

*Filed on*   May 05, 2022     *, by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 5th day of May, 2022.*

*Linda Clegg, Director*
*Corporations, Securities & Commercial Licensing Bureau*

# Michigan Department of Consumer and Industry Services

# Filing Endorsement

*This is to Certify that the ARTICLES OF INCORPORATION - PROFIT*

*for*

*GO-TO TRANSPORT, INC.*

*ID NUMBER: 11361D*

*received by facsimile transmission on December 15, 2003 is hereby endorsed filed on December 16, 2003 by the Administrator. The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 16th day of December, 2003.*

*, Director*

**Bureau of Commercial Services**

Sent by Facsimile Transmission 03351

12/15/2003 MON 13:18 FAX 989 799 4666 Braun Kendrick is → eff filing
Case 2:22-cv-00379-JB-M Document 1 Filed 09/22/22 Page 53 of 84 PageID #: 53
☐002/005

BC5/CD-500 (Rev. 09/01)

## MICHIGAN DEPARTMENT OF CONSUMER & INDUSTRY SERVICES
### BUREAU OF COMMERCIAL SERVICES

| Date Received | (FOR BUREAU USE ONLY) |
|---|---|
| | |
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. |

Name
Braun Kendrick Finkbeiner P.L.C. (mad)

Address
4301 Fashion Square Boulevard

| City | State | Zip Code |
|---|---|---|
| Saginaw, | Michigan | 48603 |

EFFECTIVE DATE:

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

# ARTICLES OF INCORPORATION
## For use by Domestic Profit Corporations

(Please read information and instructions on the last page)

Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Articles:

### ARTICLE I

The name of the corporation is:

GO-TO TRANSPORT, INC.

### ARTICLE II

The purpose or purposes for which the corporation is formed is to engage in any activity within the purposes for which corporations may be formed under the Business Corporation Act of Michigan.

### ARTICLE III

The total authorized shares:

1. Common Shares      60,000

   Preferred Shares

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

   There shall be only one class of stock, i.e., voting common stock, and all shares of common stock shall possess the same rights and privileges.

DNA Systems, Inc. Forms Software -- Licensed To: Braun Kendrick Finkbeiner P.L.C. Zip 48603

12/15/2003  01:14PM

BCS/CD-500 (Rev. 09/01)

## ARTICLE IV

1. The address of the registered office is:

   1322 N. Washington Avenue          Bay City          Michigan, 48708
   (Street Address)                   (City)                       (ZIP Code)

2. The mailing address of the registered office if different than above:

                                                        Michigan, _____
   (Street Address or P.O. Box)       (City)                       (ZIP Code)

3. The name of the resident agent at the registered office is: Gary L. Short

## ARTICLE V

The name(s) and address(es) of the incorporator(s) is (are) as follows:

Name                                Residence or Business Address

Gary L. Short                       1322 N. Washington Avenue, Bay City, MI  48708

## ARTICLE VI

When a compromise or arrangement or a plan of reorganization of this corporation
is proposed between this corporation and its creditors or any class of them or
between this corporation and its shareholders or any class of them, a court of
equity jurisdiction within the state, on application of this corporation or of
a creditor or shareholder thereof, or on application of a receiver appointed for
the corporation, may order a meeting of the creditors or class of creditors or of
the shareholders or class of shareholders to be affected by the proposed compromise
or arrangement or reorganization, to be summoned in such manner as the court
directs. If a majority in number representing 3/4 in value of the creditors or
class of creditors, or of the shareholders or class of shareholders to be affected
by the proposed compromise or arrangement or a reorganization, agree to a compromise
or arrangement or a reorganization of this corporation as a consequence of the
compromise or arrangement, the compromise or arrangement and the reorganization,
if sanctioned by the court to which the application has been made, shall be binding
on all the creditors or class of creditors, or on all the shareholders or class
of shareholders and also on this corporation.

## ARTICLE VII

Any action required or permitted by the Act to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice, and without a vote, if consents in writing, setting forth the action so taken, are signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take the action at a meeting at which all shares entitled to vote on the action were present and voted.  A written consent shall bear the date of signature of the shareholder who signs the consent.  Written consents are not effective to take corporate action unless within 60 days after the record date for determining shareholders entitled to express consent to or to dissent from a proposal without a meeting, written consents dated not more than 10 days before the record date and signed by a sufficient number of shareholders to take the action are delivered to the corporation.  Delivery shall be to the corporation's registered office, its principal place of business, or an officer or agent of the corporation having custody of the minutes of the proceedings of its shareholders.  Delivery made to a corporation's registered office shall be by hand or by certified or registered mail, return receipt requested.

Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to shareholders who would have been entitled to notice of the shareholder meeting if the action had been taken at a meeting and who have not consented to the action in writing.  An electronic transmission consenting to an action must comply with Section 407(3).

## ARTICLE VIII

No director of the Corporation shall be held personally liable to the Corporation or its shareholders for monetary damages for any action taken or failure to take any action as a director, except liability for any of the following:  (i) the amount of a financial benefit received by a director to which he or she is not entitled; (ii) intentional infliction of harm on the Corporation or the shareholders; (iii) violating Section 551 of the Michigan Business Corporation Act; or (iv) an intentional criminal act.  If the Michigan Business Corporation Act is amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of the Corporation shall be eliminated or limited to the fullest extent permitted by the Michigan Business Corporation Act, as so amended.

Any repeal or modification of the foregoing paragraph shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification.

BC3/CD+569 (Rev. 09/01)

I (We), the incorporator(s) sign my (our) name(s) this 12th day of DECEMBER , 2003.

Gary L. Short

_Gary L. Short_

DNA Systems, Inc. Forms Software — Licensed To: Braun Kendrick Finkbeiner P.L.C.  Zip 48608

# U.S. DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA



# Attorney's Guide:
# Opening a Civil Case

December 2019

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................... 1

GETTING STARTED .............................................................................................. 1

   Prepare Your Documents ................................................................................. 1

   Convert Documents to PDF Format ............................................................... 1

THE FILING FEE ................................................................................................... 2

   To Request a Waiver of the Filing Fee: ....................................................... 2

OPENING YOUR CIVIL CASE ............................................................................ 2

EMERGENCY MATTERS .................................................................................... 6

ADDING PARTIES ................................................................................................ 7

ADDING ADDITIONAL ATTORNEYS ............................................................ 11

ADDING AN ALIAS ............................................................................................ 13

CORPORATE PARENT OR OTHER AFFILIATE ......................................... 15

CREATE CASE ..................................................................................................... 15

DOCKETING THE LEAD EVENT .................................................................... 16

PAYING THE FILING FEE ................................................................................ 24

COMPLETING THE CASE OPENING PROCESS .......................................... 25

## INTRODUCTION

Using this guide, you will learn how to electronically open and file a new civil action through the Electronic Case Filing system.

## GETTING STARTED

### Prepare Your Documents
Your next step is to prepare and convert your filing documents to PDF.

Prepare an initiating document, such as a:
- **Complaint**
- **Notice of Removal**
- **Petition for Writ of Habeas Corpus**

Prepare as an attachment to your initiating document:
- **Civil Cover Sheet**

Prepare these documents as additional attachments if they apply to your case:
- **Summons(es)**

Download and save the **Summons** form found on the court's website at http://www.alsd.uscourts.gov/forms/all-forms.  Use this fillable form each time you docket a summons to the court docket.
- Docket each summons separately.
- Summons(es) will be issued by the court electronically the following day.
- You will receive a Notice of Electronic Filing (NEF) of the summons when the Clerk's Office enters it on the docket.
- Use the NEF hyperlink to retrieve the issued summons form to effect service of process.

The following forms are also available for downloading from our court website: http://www.alsd.uscourts.gov/forms/all-forms .
- Civil Cover Sheet
- Motion to Proceed Without Prepayment of Fees

### Convert Documents to PDF Format

Convert a document by:
- Scanning to PDF
- Using the conversion software included in word processing programs such as Word.
- Downloading PDF conversion software, such as Adobe Standard or Professional.

## THE FILING FEE

- **As of October 1, 2019,** the filing fee for a standard civil case is **$350.00 plus a $50.00 administrative fee for a total of $400.00.**
- **NOTE:** The administrative fee **does not** apply to :
    - **Miscellaneous civil cases,**
    - **Habeas corpus cases, or**
    - **Cases filed by pro se prisoner plaintiffs who have been provisionally granted permission to proceed** *in forma pauperis.*
- You must pay the filing fee through **Pay.gov**
- During case opening, you will be prompted for this payment and be guided through the **Pay.gov** screens, so have your card ready.
- See **Paying the Filing Fee** for details.

**To Request a Waiver of the Filing Fee:**
- Have your **Motion to Proceed Without Prepayment of Fees** prepared to file as a separate filing after you file your initiating documents.
- For detailed instructions, see **Docketing the Lead Event**.

## OPENING YOUR CIVIL CASE

Do not start opening your case unless you are prepared to post your initiating document(s).
- Remember they must be in **PDF format** and saved on your computer.
- Be sure you have a copy of your civil cover sheet available.  You will need to refer to it later in this process.

Now that you are ready to open your case, let's get started.  Log into CM/ECF as you normally would to file documents.  (Remember, you don't need a client code.)

On the blue tool bar select **"Civil."**



Under **"Open a Case"** you will see the link to: **"Attorney Case Opening."**  Click on this link to begin opening your case.



On the "**Open a Civil Case**" screen, select the "**Office**" (Division) and the "**Case type**". Please DO NOT modify anything below "**Date filed:**".

**Note:** Selma is the Northern Division of the Southern District and is comprised of Dallas, Hale, Marengo, Perry and Wilcox counties.

Mobile is the Southern Division of the Southern District and is comprised of Baldwin, Choctaw, Clarke, Conecuh, Escambia, Mobile, Monroe, and Washington counties.



Once you have entered your case data information, select the "**Next**" button to move to the next screen. If you need to start over on this page, select the "**Clear**" button and it will erase all of your entries.

This next screen asks for information which can be taken directly from your Civil Cover Sheet. Make sure to have it available so you can refer to it.

The first box is the "**Jurisdiction**" box. Use the dropdown list to select the case jurisdiction information for your case. This box defaults to "**3: Federal Question**".



For this example, we will select **"4 (Diversity)"** for the case jurisdiction.

Now you will select the **"Cause of Action"** for your case. For this example, we are going to select **"Diversity – Personal Injury 28:1332pi"**. You can start typing the cause of action in the **"Filter:"** box and it will search the list for you instead of having to scroll through the entire list.



The next box is the **"Nature of Suit"**. Start typing the nature of suit in the **"Filter:"** box. For this example, we will select **"350 (Motor Vehicle)"** for the nature of suit.

At the **"Origin"** dropdown list, select either:
- **1 Original Proceeding** (Default) or
- **2 Removal from State Court.**

Please note that there are other options in the **"Origin"** dropdown list; however, you will only utilize the two listed above.

For this example, we are going to use **"1 (Original Proceeding)"**.



If you are requesting a Jury Demand you will select the requestor(s) in the dropdown list.



**Remember:** If you are including a Jury Demand in your case, you must also demand this in your Complaint.

The "**Class action**" box defaults to "**n (No Class Action Alleged)**".  Use the dropdown to change to "**y (Class Action Alleged)**", if appropriate.

If applicable, enter the monetary "**Demand**" ($000) of the plaintiff. This must be entered in thousands, rounded to the nearest thousand dollars. For this example, the demand is for $149,800, so we will enter "150." Do not include the dollar sign.



The "**Fee Status**" box has five choices in the dropdown list:
- **pd (paid):**  Payment of the regular civil filing fee through Pay.Gov.
- **pend (IFP pending):**  When filing an Motion to Proceed Without Prepayment of Fees as a separate filing after filing your complaint.
- **wv (waived):**  When you are a US Attorney for the Department of Justice filing a case on behalf of the United States.
- **none (no fee required):**  When filing a case that does not require a fee
- **fp (in forma pauperis):**  When filing a case after a provisional grant of a Motion to Proceed Without Prepayment of Fees

**Please leave the fee status "pd (paid)" unless you are a US Attorney or filing a Motion to Proceed Without Prepayment of Fees**



The "**Citizenship plaintiff**" and the "**Citizenship defendant**" dropdown boxes are used only in diversity cases. You would leave these boxes blank unless your case is a diversity case.

For this example, we are going to select "**1 (Citizen of This State)**" for the plaintiff and "**4 (Incorporated/Principal Place of Businss – Other State)**" for the Defendant.



There is no need to utilize the **"Arbitration Code"**, **"County"** (defaults to Mobile), or **"Date transfer"** fields.

Look over this screen and make sure you entered the correct case information. Once you are confident that your case information is correct you are ready to proceed and select "**Next**" to move to the next screen.



## EMERGENCY MATTERS

CM/ECF will prompt you to answer **Yes** or **No** if your initial filing includes a Temporary Restraining Order.

**Open a Civil Case**
Will your initial filing include a Temporary Restraining Order?
○ YES
○ NO

[ Next ]  [ Clear ]

Open a Civil Case
If you answer YES, open the case, file your emergency documents, have your case number ready, and immediately call the Clerks Office (during regular business hours) at 251-690-2371.
[ Next ]  [ Clear ]

- The Clerk's Office will assign a judge to your case and notify them of the emergency.
- To ensure that your case receives the immediate attention it needs, **please file prior to 4:30 P.M.**

## ADDING PARTIES

**Open a Civil Case**
On the next screen you will search for and enter party names. Party names shall be entered in the order as listed on the Complaint caption. Initial Caps - Only capitalize the first letter of a name or business unless the name is actually in all capitals. View the Quick Tips for Adding Parties found on the next screen for additional information.

[ Next ]   [ Clear ]

If you would like to review Quick Tips for Adding Parties, click on the link provided. Otherwise, select "**Next**".



Before you get started, have your Complaint available. You will need this to add all parties in this case opening process.

- This screen will allow you to enter your party names and do a search to see if these parties are already in the court's database.
- This screen and all subsequent screens begin displaying a partial case number. A full case number will be assigned at the completion of the case opening process.
- **Notice of Removal cases** are opened by using the **original caption from the state court case**. For example, if the defendant is the "filer" of the removal case in Federal Court and they remain the defendant in the case filed here.
- **DO NOT** select the browser back button **at any time** during the 'Add Parties' process. You will lose your entire work product. If you need to make a change to your party selection or simply change the spelling, utilize the icons provided in the participant tree.
- **DO NOT ENTER OR MODIFY TELEPHONE, ADDRESS, OR E-MAIL ADDRESS FIELDS.**



In the "**Last/Business Name**" field, enter the party name, surname or company name only and select "**Search**". Do not enter any descriptive text (doctor, Mr., Sergeant, etc.). The "**Party Text**" field is for that purpose.

Example: The case we will be opening is a civil case entitled: "**Amelia Smith vs. Whole House Movers**". Let's get started by entering the plaintiff's last name, **Smith**, and then select "**Search**".



If you find an exact match from the list, highlight the name from the list and click on the "**Select Party**" button.

**Note:** If no match is found, no name will appear in the "**Last/Business Name**" box, and search results will state "**Search returned no results. Please try again or create a new party**". In this situation, click on the "**Create New Party**" button.



Once you have highlighted a name match and selected "**Select Party**" or selected the "**Create New Party**" button, CM/ECF will display the party information screen. You will notice your party name on this screen with a role type of "**Non-Party**" (default). Let's proceed with entering your party information.



Please **DO NOT** use the Title field.  You will enter any descriptors in the "**Party text**" field.

Now you will select the party's role from the drop-down menu.  The first party entered is the **Plaintiff** or **Petitioner** (for Habeas Corpus Petitions).  The parties should be entered in the manner and in the order in which they are captioned on the initiating document being filed.  (Keep in mind the party name examples.)



**DO NOT** enter any party information in the "**Address**", "**Phone number**", or "**E-mail**" fields, **UNLESS** the party is Pro Se.  Then enter the address and phone number *ONLY*.

The "**Party text**" field is for information describing the party in further detail.   For example, if the party is a company, party text might be "**an Alabama corporation**".  The party might be "**doctor**", "**warden**", "**an individual**" or "**husband and wife, and the marital community**".  In our example, we will not add any party text for the Plaintiff.

The start date field will default to the current date.   You should not modify this field.



If you are not adding any additional information select the "**Add Party**" button.



To add the remainder of your parties, select "**Add New Party**" and follow the same steps listed above.



## ADDING ATTORNEYS

Since you logged into ECF as the attorney filing this case, you do not need to enter your name as attorney of record. The ECF system will ask you later in this process if you are associated with the party that you are representing.

You may enter additional attorneys associated with this case by selecting the 🐛 icon next to "**Attorney**".

**DO NOT** add attorneys for the opposing parties **UNLESS** this is a Notice of Removal case.



## Icons

These icons located next to the names on the left allow you to make modifications, edits and add new alias.  These are the Icon Descriptions:

| Icon | Description |
|---|---|
| 🐛 | Delete this party from the case. |
| 🐛 | Add new alias, corporate parent, or attorney. |
| 📋 | Copy attorney(s) from other parties in the case to this party. |
| ✏️ | Edit the party, alias, corporate parent or attorney. Only displays beside actual names of participants, so if no participant has been added, this icon is suppressed. |

When you click on the 🐛 icon, you will go to the "**Attorney Search**" screen, which resembles the "**Party Search**" screen.

For this example, Lee Joseph will be added as an additional attorney in this case.



As with the "**Party Search**" screen, you will see search results which allow you to select the attorney's name from the dropdown list. Choose the attorney from the dropdown list.  You can only add additional attorneys that are registered with CM/ECF.   **DO NOT enter Pro Hac Vice Attorneys**.

Once you have highlighted the attorney's name from the list, you will click on "**Select Attorney**".

On the Attorney Information screen, **DO NOT** alter the information in the fields.
**DO NOT** report a change of address to the Clerk's Office.



Accept the information by clicking "**Add Attorney**".



This returns you to the "**Attorney Information**" screen. Notice the attorney name you just added on the left screen for the party Whole House Movers. Repeat this process until all associated attorneys are added.



## ADDING AN ALIAS

If you are adding an alias, select next to "**Alias**" and search for the name of the alias.



Highlight the name from the list of search results and click "**Select Alias**", or click "**Create New Alias**" if there are no search results.

13



Select the alias role **"Type"** from the drop down list.



The alias role options from the drop down list are identified below

| | |
|---|---|
| agent: | Agent of |
| aka: | Also known as |
| dba: | Doing business as |
| fdba: | Formerly doing business as |
| fka: | Formerly known as |
| nee: | Born (usually refers to maiden name) |
| obo: | On behalf of |
| other: | Other |
| rpi: | Real party interest |
| ta: | Trading as |

Now that you have your alias name entered and the role selected, select the **"Add Alias"** button. This will return you to the **"Party Information"** screen.

14



## CORPORATE PARENT OR OTHER AFFILIATE

The next option is the "**Corporate Parent or Other Affiliate**" button.
- **DO NOT SELECT THIS OPTION.**
- If you are the attorney representing the corporation, you are required to file a **Corporate Disclosure Statement** which provides this information, and add all corporate parents and other affiliates to the case during the filing of the Corporate Disclosure Statement.



**Finish adding all your parties and attorneys before proceeding to the next step.**

## CREATE CASE

**ONLY when you are finished adding all parties,** click on the "**Create Case**" button on the Participant Tree. Once you click "**Create Case**", you will not be able to go back and add any further parties or attorneys to the case.

**NOTE:  Clerk's Office staff checks all new cases filed electronically and will verify and add any missing parties or attorneys.**



Once the **"Create Case"** button is selected, you will see the box below that states:   **"Case will be created.  Proceed?"**  Select **"Yes"** if you are ready to proceed with filing of this case.

**Note: this case will not be opened until the initiating document is filed.**



On the next screen, you will be provided with your case number.  Click on the **"Docket Lead Event"** hyperlink to continue to attach your initiating documents and pay the filing fee.

**Open a Civil Case**

Case Number 19-5 has been opened.

Docket Lead Event?

## DOCKETING THE LEAD EVENT

Next you will need to file your initiating documents in the case.
- Click on **"Docket Lead Event?"** to proceed.
- ECF will automatically open the event Complaints and Initiating Documents screen.

**Lead Event Types**

There are three types of initiating documents or "lead events" to choose from.
- **Complaint**
- **Notice of Removal**
- **Petition for Writ of Habeas Corpus**



## Complaint

Select "**Complaint**" from the "**Available Events**" menu.  Clicking on the word "**Complaint**" places it in the "**Selected Events**" box. Click "**Next**".



You will notice the case number appears. Click "**Next**".



Select the party filing the document being represented by you in this case and click "**Next**". **NOTE:** If there are multiple parties, hold down the Ctrl key and click on each of the desired parties.

17



This screen appears when the attorney appears in the case for the first time.   Leave all boxes checked and click **NEXT.**  This will add the attorney's information to the docket and activate electronic notice.



**Select the party or parties you are filing against. NOTE:**  If there are multiple parties, hold down the Ctrl key and click on each of the desired parties, or click on the "**All Defendants**" radio button.  Click "**Next**".



On the next screen you'll be asked if the case is being filed after hours and if it requires immediate Court action.  Select "**YES**" or "**NO**" and then "**Next**".

**Complaints and Other Initiating Documents**
1:19-cv-00005 Smith v. Whole House Movers
If this Civil Case is being filed after 5pm CDT, does the matter require immediate Court action prior to the next business day?
○ YES
● NO

Next    Clear

## Attach the Complaint

All documents must be in PDF format.  Starting with the "**Main Document**", click "**Browse**".



Navigate to the appropriate directory and file on your computer to locate the Complaint.  Always check your document before you upload it.   Double click on the file name to upload it to CM/ECF.

The name of your document will appear in the "**Filename**" window.



To attach the Civil Cover Sheet, click "**Browse**" under "**Attachment #1**".



Navigate to the appropriate directory and file on your computer to locate the Civil Cover Sheet. After verifying it is the correct Civil Cover Sheet, double click on the file name. The name of your document will appear in the "**Filename**" window. Describe the Civil Cover Sheet using the "**Category**" drop down list.

**Attach the Summons**

Prepare one summons per defendant, convert to PDF and file as separate attachments.

Click "**Browse**" under "**Attachment #2**" to upload the summons. Describe the summons (es) under "**Description**" and click "**Next**".



On the next screen, you'll be receive the below prompt. Click "**Next**".

**Complaints and Other Initiating Documents**
1:19-cv-00005 Smith v. Whole House Movers

**On the next screen please select defendant(s) to which this deadline applies**

| Next | Clear |

Select the defendant to which the 120 Day Rule 4(m) Deadline applies.  The deadline will automatically calculate.  **DO NOT** modify the deadline.

**Complaints and Other Initiating Documents**
1:19-cv-00005 Smith v. Whole House Movers
*Complaint*
Select party for deadline(s) below

**Select the Party:**

Smith, Amelia [pla]
Whole House Movers [dft]

**120 Day Rule 4(m) Deadline**

Date 4/21/2020   Calendar
Next   Clear

The next screen relates to the filing fee.

**Complaints and Other Initiating Documents**
1:19-cv-00005 Smith v. Whole House Movers
Would you like to pay the 350.00 filing fee by credit card online Y/N?, or indicate ifp if filing Motion to Proceed Without Prepayment of Fees and Costs

Next   Clear

**If paying filing fee, continue to <u>Paying the Filing Fee</u> .**

## MOTION TO PROCEED IN FORMA PAUPERIS

If the filing fee is not paid,  you must immediately file a Motion to Proceed Without Prepayment of Fees after completion of your complaint filing by clicking on "Civil" and then "**Motions**".  Find and select "**Proceed In Forma Pauperis**" from the "**Available Events**" menu.  Clicking on "**Proceed In Forma Pauperis**" places it in the "**Selected Events**" box. Click "**Next**".



You will notice the case number appears. Click "**Next**".  (**Note**:  If your case number does not automatically appear, enter it and select "**Find this case**".  Then select "**Next**".)



The next screen will confirm your case number.  Select "**Next**".



Select the party that you represent and click "**Next**".



All documents must be in PDF format.  Attach your document in the same way you attached your complaint.



The motion will appear in the "**Filename**" box.



You have one opportunity to describe your document by entering text in the box, if appropriate. You can add modifiers from the drop down menu and/or add information to the white box before finalizing your docket entry.  You are not required to utilize either the drop down menu or the blank white box.



Review this carefully; because once you click on the **"Next"** button, you will have no further opportunity to modify any part of this transaction.

If the information entered is correct, select "Next". You will then receive a **Notice of Electronic Filing**. This screen tells you that your document has been filed, and who has been electronically notified of the filing.

## PAYING THE FILING FEE

If you are filing a Complaint, Petition, or Notice of Removal, this screen appears after you set your 120 Day Rule 4(m) deadline. The filing fee is $350.00, plus an administrative fee of $50.00, for a total of $400.00.



If you are paying the filing fee, place "**Y**" in the box and click "**Next**". ECF verifies the filing fee amount and directs you to press "**Next**" to accept. You will then be routed to pacer.gov to pay your filing fee.

If you wish to pay the Clerk's Office directly over the phone, place "**N**" in the box and click "**Next**". You will then need to contact the Clerk's Office at 251-690-2371 and pay your fee. You will be provided a receipt number to input on the next screen. Click "**Next**".



If you are filing an IFP, place "**IFP**" in the box and click "**Next**". You will be given a reminder to file your Motion to Proceed Without Prepayment of Fees and Costs on the next screen. Click "**Next**".



## COMPLETING THE CASE OPENING PROCESS

After completing the payment screens, CM/ECF returns you to the case opening program to complete the process.

On the next screen, indicate whether this case is a Copyright action by selecting "**Yes**" or "**No**". Select "**Next**".



You have one opportunity to describe your document by entering text in the box, if appropriate. You are not required to add anything to the white box. Select "**Next**".

**Complaints and Other Initiating Documents**
1:19-cv-00005 Smith v. Whole House Movers

Docket Text: Modify as Appropriate.
**COMPLAINT** [for damages] **against Whole House Movers ( IFP.) , filed by Amelia Smith. (Attachments: # (1) Civil Cover Sheet, # (2) Summons) (Henley, Don)**

Next    Clear

This screen displays the final text as it will appear on the docket. Review this carefully; because once you click on the "**Next**" button, you will have no further opportunity to modify any part of this transaction.

If the information entered is correct, select "**Next**". You will then receive a **Notice of Electronic Filing**. This screen tells you that your document has been filed, and who has been electronically notified of the new case.

**Complaints and Other Initiating Documents**
1:19-cv-00005 Smith v. Whole House Movers

### U.S. District Court

### Southern District of Alabama

**Notice of Electronic Filing**

The following transaction was entered by Henley, Don on 12/23/2019 at 1:23 PM CST and filed on 12/23/2019
**Case Name:**       Smith v. Whole House Movers
**Case Number:**    1:19-cv-00005
**Filer:**               Amelia Smith
**Document Number:** 1

**Docket Text:**
COMPLAINT *for damages* against Whole House Movers ( IFP.), filed by Amelia Smith. (Attachments: # (1) Civil Cover Sheet, # (2) Summons) (Henley, Don)

**1:19-cv-00005 Notice has been electronically mailed to:**

Don Henley    don_henley+alsd@gmail.com

**1:19-cv-00005 Notice has been delivered by other means to:**

Lee Joseph
Matthews, Joseph & Shaddox, LLP
P. O. Box 572957
Houston, TX 77257-2957

The following document(s) are associated with this transaction:

## Just a Reminder!

Follow these steps to file an emergency matter:
- **Open the case.**
- **File your emergency matter documents.**
- **Have your case number ready.**
- **Immediately call the Clerk's Office.**
  - **251-690-2371**
- **The Clerk's Office will assign a judge to your case and notify them of the emergency.**
- **To ensure that your case receives the immediate attention it needs, please file prior to 4:30 P.M.**